180.70 (1). Defendant asserts that there is no proof that County Court ever received the appropriate papers required for the transfer of jurisdiction from the local criminal court to the superior court *(see,* CPL 180.30 [1]; 180.70 [1]). On the record before us, defendant has failed to prove that the requisite papers were not transmitted. Defendant also argues that, with respect to the Town of Sennett matter upon which her plea of guilty to burglary in the second degree was based, her waiver of her right to a preliminary hearing was invalid because it was made in the absence of counsel *(see, People v Hodge,* 53 NY2d 313, 319-320). Even if that argument were deemed preserved, we find that any error was harmless beyond a reasonable doubt because defendant has failed to demonstrate any prejudice resulting therefrom *(see, People v Wicks,* 76 NY2d 128, *rearg denied* 76 NY2d 773).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE HOLMES, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Memorandum: We reject defendant's argument that his sentence was harsh and excessive. (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE HOLMES, Appellant. (Appeal No. 3.)—Judgment unanimously affirmed. Same Memorandum as in *People v Holmes* ([appeal No. 2] 175 AD2d 651 [decided herewith]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA HOLMES, Appellant. (Appeal No. 4.)—Judgment unanimously affirmed. Same Memorandum as in *People v Holmes* ([appeal No. 1] 175 AD2d 650 [decided herewith]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.

■ SEA ACQUISITION CORP. et al., Respondents, v DANIEL W. LYMAN et al., Appellants, et al., Defendants.—Order unani-